**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 13-cr-00021-MSK-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

MARCOS ANDREW MUNOZ,

       Defendant.

---

**ORDER APPOINTING FEDERAL PUBLIC DEFENDER**

---

      This matter comes before the Court upon report of the Probation Officer concerning a supervised release violation hearing and the Court having determined that Defendant is unable to afford to retain counsel, it is

      ORDERED that the Federal Public Defender's Office is hereby appointed to represent Defendant for this limited purpose.

      DATED at Denver, Colorado, this 12th day of February, 2015, nunc pro tunc to February 6, 2015.

*BY THE COURT*

**Kathleen M. Tafoya
United States Magistrate Judge**